UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE JOHN RIVERA, | ) | No. EDCV 11-1679 GAF (FFM) |
| Plaintiff, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| UNITED STATES OF AMERICA, et al., | ) ) | |
| Defendants. | ) ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

    IT IS ORDERED that (1) defendants' motion to dismiss the Complaint is granted; and (2) Judgment be entered dismissing this action with prejudice and without leave to amend.

DATED: April 24, 2012

                                                       GARY A. FEESS
                                        United States District Judge