# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE JOHN RIVERA, | ) | No. EDCV 11-1679 GAF (FFM) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed with prejudice.

DATED: April 24, 2012

_____
GARY A. FEESS
United States District Judge